IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

EDGAR TATE,

**Plaintiff,**

v.

JO GULLY ANCELL,
et al.,

**Defendants.** No. 08-0200-DRH

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is Defendants Department of Human Services, Jo Gully Ancell, Jeff Standerfer and Kim Evans' motion for enlargement of time to answer or otherwise respond to Plaintiff's complaint (Doc. 3). Based on the reasons stated in the motion, the Court **GRANTS** the motion. The Court **ALLOWS** these Defendants up to and including July 11, 2008 to answer or otherwise respond to Plaintiff's complaint.

**IT IS SO ORDERED.**

Signed this 20th day of June, 2008.

/s/     DavidRHerndon
**Chief Judge**
**United States District Court**