IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**EDGAR TATE,**

**Plaintiff,**

v.

**JO GULLEY ANCELL,**
et al.,

**Defendants.**  No. 08-0200-DRH

## ORDER

**HERNDON, Chief Judge:**

Pending before the Court is Defendants' joint motion to stay discovery pending resolution of dispositive motions (Doc. 29). The motion states: "The parties have conferred, and would agree to an order staying discovery in this matter until the motions currently before the court could be ruled upon. Staying discovery would relieve the parties from entering into time consuming, potentially expensive discovery that would be unnecessary should all or part of this case be dismissed…." Based on the reasons stated in the motion, the Court **GRANTS** the motion and **STAYS** discovery pending ruling on the motions to dismiss.

**IT IS SO ORDERED.**

Signed this 29th day of August, 2008.

/s/    David R Herndon

**Chief Judge**
United States District Court