IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**EDGAR TATE,**

**Plaintiff,**

**v.**

**JO GULLEY ANCELL,**
**et al.,**

**Defendants.**                                                                No. 08-CV-0200-DRH

## JUDGMENT IN A CIVIL CASE

  **DECISION BY COURT.**  This matter is before the court for the purpose of docket control.

  **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Orders entered by this Court on March 2, 2009 and September 1, 2011, judgment is entered favor of defendants, **JO GULLEY ANCELL, JEFF STANDEFER, AL FARMER, EUGENE DAVIS, LORIE HUMPHREY, KIM EVANS, ADDUS HOME HEALTH CARE and DEPARTMENT OF HUMAN SERVICES, Division of Rehabilitation Services,** and against plaintiff, **EDGAR TATE.**  This case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

                **NANCY J. ROSENSTENGEL,**
                **CLERK OF COURT**


            **BY:**   **/s/*Sandy Pannier***
                **Deputy Clerk**

Dated: September 6, 2011

Digitally signed by David R. Herndon
Date: 2011.09.06 13:04:45 -05'00'

APPROVED:
    CHIEF JUDGE
    U. S. DISTRICT COURT