IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**EDGAR TATE,**

**Plaintiff,**

v.

**JO GULLEY ANCELL,**
**et al.,**

**Defendants.**                                                                 No. 08-CV-0200-DRH

## AMENDED JUDGMENT IN A CIVIL CASE

     **DECISION BY COURT.** This matter is before the court for the purpose of docket control.

     **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Orders entered by this Court on March 2, 2009 and September 1, 2011, judgment is entered favor of defendants, **JO GULLEY ANCELL, JEFF STANDEFER, AL FARMER, EUGENE DAVIS, LORIE HUMPHREY, KIM EVANS, ADDUS HOME HEALTH CARE and DEPARTMENT OF HUMAN SERVICES, Division of Rehabilitation Services,** and against plaintiff, **EDGAR TATE.** This case is **DISMISSED** with prejudice.

                                      **NANCY J. ROSENSTENGEL,**
                                      **CLERK OF COURT**

                                      BY:      **/s/*Sandy Pannier***
                                                   **Deputy Clerk**

Dated: September 19, 2011

Digitally signed by David R. Herndon
Date: 2011.09.19 12:27:46 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT