IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

EDGAR TATE,

Plaintiff,

v.

JO GULLEY ANCELL,
et al.,

Defendants.                                                                 No. 08-0200-DRH

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. After reviewing the Addus defendants' submissions regarding attorneys' fees, the Court finds that additional material is needed in order for the Court to make the proper calculation of fees. The Court **DIRECTS** the Addus defendants to supplement their petition for fees with documentation detailing exactly how the fees were incurred. This supplement is due on or before June 5, 2012.

**IT IS SO ORDERED**.

Signed this 21st day of May, 2012.

Digitally signed by
David R. Herndon
Date: 2012.05.21
10:43:56 -05'00'

**Chief Judge**
**United States District Court**